JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONG MA,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>UR M. JADDOU, et al.,<br><br>　　　　Defendants. | Case No. CV 22-4243 FMO (PVCx)<br><br>**JUDGMENT** |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 28th day of October, 2022.

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　United States District Judge